**FILED**
November 19, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:14-MJ-00271-KJN |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| SATNAM SINGH, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>SATNAM SINGH</u>, Case No. <u>2:14-MJ-00271-KJN</u>, Charge <u>Title 18 USC §§ 1452, 1015(c), 1425(b)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_   Release on Personal Recognizance

✔   Bail Posted in the Sum of $ <u>150,000 (co-signed)</u>

✔   Unsecured Appearance Bond

\_\_   Appearance Bond with 10% Deposit

\_\_   Appearance Bond with Surety

\_\_   Corporate Surety Bail Bond

✔   (Other)   <u>With pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>November 19, 2014</u> at <u>3:15</u> pm.

By _____
Dale A. Drozd
United States Magistrate Judge