DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
SATNAM SINGH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>vs.<br><br>SATNAM SINGH,<br><br>                          Defendant. | **2:14-mj-0271 KJN**<br><br>**STIPULATION TO EXTEND TIME FOR POSTING OF BOND DOCUMENTS AND  ORDER** |
|---|---|

   IT IS HEREBY STIPULATED between the United States of America, through their attorney of record, Assistant United States Attorney Nirav K. Desai; and, defendant, Satnam Singh, through his attorney of record David W. Dratman, that the time for the posting of documents to secure the bond in this matter shall be extended to December 10, 2014.   The parties further stipulate that all current conditions of pretrial release shall remain in effect.

Dated: December 3, 2014            /s/ David W. Dratman\_\_\_
                                   DAVID W. DRATMAN
                                   Attorney for Defendant
                                   SATNAM SINGH

**STIPULATION TO EXTEND TIME FOR POSTING OF BOND DOCUMENTS AND [PROPOSED] ORDER**

1

| | |
|---|---|
| Dated:  December 3, 2014 | BENJAMIN B. WAGNER<br>UNITED STATES ATTORNEY<br><br>By: /s/ Nirav K. Desai*<br>NIRAV K. DESAI<br>Assistant U.S. Attorney<br>*Signed with permission |

**ORDER**

IT IS SO ORDERED.

Dated:  December 4, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO EXTEND TIME FOR POSTING OF BOND DOCUMENTS AND [PROPOSED] ORDER**

2