DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
SATNAM SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SATNAM SINGH, <br><br> Defendant. | 2:14-CR-0332 GEB <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**. |

The parties request that the status conference, currently set for November 13, 2015 at 9:00 a.m., be continued to January 8, 2016 at 9:00 a.m., and stipulate that the time beginning November 13, 2015 and extending through January 8, 2016, should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

Defense counsel is continuing to review over 2,000 pages of document discovery and photographs that has been provided in the case and requires additional time to review this discovery and for follow up investigation.  In addition, defense counsel has located and obtained court documents from out of this district, which have been provided to the government for their review; and, which has resulted in negotiations regarding the resolution of this case.  Defense counsel requires additional time to confer with Mr. Singh

concerning the resolution of his case regarding these negotiations, which is anticipated to result in a written plea agreement. Accordingly, the parties believe that the forgoing justifies an exclusion of time from the calculation of time under the Speedy Trial Act. The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence; and, continuity of counsel. (18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4). The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A)).

DAVID W. DRATMAN

Dated: November 10, 2015

By:  /s/ David W. Dratman
     DAVID W. DRATMAN
     Attorney for Defendant
     SATNAM SINGH

Dated:  November 10, 2015

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

By: /s/ Nirav K. Desai*
    NIRAV K. DESAI
    Assistant U.S. Attorney
    *Signed with permission

## ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant the requested continuance would deny defense counsel reasonable time necessary for

effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from November 13, 2015 to and including January 8, 2016 shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare and continuity of counsel pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (B)(iv)).

IT IS SO ORDERED.

Dated: November 10, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge