DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
SATNAM SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SATNAM SINGH,<br><br>Defendant. | 2:14-CR-0332 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**. |

The parties request that the status conference, currently set for January 29, 2016 at 9:00 a.m., be continued to March 4, 2016 at 9:00 a.m., and stipulate that the time beginning January 29, 2016 and extending through March 4, 2016, should be excluded from the calculation of time under the Speedy Trial Act.

Defense counsel is continuing to review over 2,000 pages of document discovery and photographs that has been provided in the case and requires additional time to review this discovery and for follow up investigation.  Defense counsel requires additional time to confer with Mr. Singh concerning the resolution of his case regarding these negotiations and to review a proposed written plea agreement.  Defense counsel also requires additional time between now and the next appearance to consult with an

immigration attorney regarding the defendant's case.  Accordingly, the parties believe that the forgoing justifies an exclusion of time from the calculation of time under the Speedy Trial Act. The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence; and, continuity of counsel. (18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4). The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A)).

|  |  |
|---|---|
|  | DAVID W. DRATMAN |
| Dated:  January 28, 2016 | By: /s/ David W. Dratman<br>DAVID W. DRATMAN<br>Attorney for Defendant<br>SATNAM SINGH |
| Dated:  January 28, 2016 | BENJAMIN B. WAGNER<br>UNITED STATES ATTORNEY |
|  | By: /s/ Nirav K. Desai*<br>NIRAV K. DESAI<br>Assistant U.S. Attorney<br>*Signed with permission |

## ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance

outweigh the interests of the public and that the time from January 29, 2016 to and including March 4, 2016 shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare and continuity of counsel pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (B)(iv)).

IT IS SO ORDERED.

Dated: January 28, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge