DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
SATNAM SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SATNAM SINGH,

Defendant.

**2:14-CR-0332 GEB**

**REQUEST AND [PROPOSED] ORDER TO EXONERATE BAIL**

Defendant, Satnam Singh, having completed his sentence, respectfully requests that the secured bail bond in his case be exonerated; and, that the Deed of Trust received as collateral be reconveyed to the property owner forthwith.

Dated:  April 3, 2019

DAVID W. DRATMAN

/s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
SATNAM SINGH

**ORDER**

IT IS SO ORDERED.

Dated: April 3, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

**REQUEST AND [PROPOSED] ORDER TO EXONERATE BAIL**